Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. C16-1985RAJ |
| v. | |
| ESTATE OF CLARENCE JESS GROESBECK, *et al.*, | MINUTE ORDER CONSOLIDATING CASES AND REQUIRING JOINT STATUS REPORT |
| Defendants. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | Case No. C17-1013RAJ |
| Plaintiff, | |
| v. | |
| ESTATE OF C. JESS GROESBECK, *et al.*, | |
| Defendants. | |

The Clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

THIS MATTER has come before the Court on the parties' Stipulated Motions for Consolidation pursuant to Fed. R. Civ. P. 42(a)(2), (Dkts. ##33 and 9), and the Court having reviewed the stipulated motion, and for good cause shown, IT IS ORDERED that:

1. The stipulated motions to consolidate are GRANTED;

MINUTE ORDER - 1

2. The following cases shall be consolidated for all purposes, including trial: *United States of America v. Estate of Clarence Jess Groesback, et al.*, Case No. 2:16-cv-1985-RAJ, and *Deutsche Bank National Trust Company v. Estate of C. Jess Groesbeck, et al.*, No. 2:17-cv-01013-RAJ.

3. All further documents in the consolidated action shall be filed in the matter of *United States of America v. Estate of Clarence Jess Groesback, et al.*, Case No. 2:16-cv-01985-RAJ, and bear this cause number.

4. As previously ordered, no later than **MAY 7, 2018**, the parties shall meet and confer and file a Joint Status Report with a new proposed trial date that is agreeable to all parties.

DATED this 30th day of April, 2018.

WILLIAM M. McCOOL,
Clerk of the Court

　*/s/ Tomas Hernandez*　
Deputy Clerk

MINUTE ORDER - 2